**Tyler TOOMAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77354**

Missouri Court of Appeals, Western District.

Order filed: June 30, 2015

S. Kate Webber, for Appellant

Shaun Mackelprang, Jefferson City, for Respondent

Before Division Four: Alok Ahuja, Chief Judge, Joseph M. Ellis, Judge and Thomas H. Newton, Judge

### *ORDER*

PER CURIAM:

Tyler Toomay appeals from the Circuit Court of Jackson County's denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**